ELWOOD CASSIDY, *ET AL.*, *ETC.*, PLAINTIFFS-PETITION-
ERS, v. DR. H. VINTON COES, *ET AL.*, DEFENDANTS-
RESPONDENTS.

*Mr. Bernard R. Lafer* and *Mr. Sam Weiss* for the peti-
tioners.

*Messrs. Shanley & Fisher, Mr. L. Bruce Puffer, Jr., Mr.
Robert A. Wayne,* and *Messrs. Stevens & Mathias* for the
respondents.

September 19, 1967. Denied.

ANNA PYATT, PLAINTIFF-PETITIONER, v.
JOSEPH T. RUFF, D.D.S., DEFENDANT-RESPONDENT.

*Messrs. Seaman, Williams & Seaman* for the petitioner.

*Mr. John A. McKenna, Mr. John T. Keefe* and *Mr. Daniel
Widenfeld* for the respondent.

September 19, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ANGELO SPECIALE, *ET ALS.*, DEFENDANTS-PETITIONERS.

See same case below: 96 *N. J. Super.* 1.

*Messrs. Glickman & Valentine* and *Mr. Saul C. Schutzman*
for the petitioners.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the
respondent.

September 19, 1967. Denied.